IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

ANGEL ALIPIO BAYAR,                          *

          Petitioner,            *

v.                                Case No.  4:25-cv-346 (CDL-AGH)

                               *

WARDEN STEWART DETENTION CENTER,
et al.,                           *

          Respondents.         *

_____

**J U D G M E N T**

    Pursuant to this Court's Order dated 6/10/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

    This 10th day of June, 2026.

                     David W. Bunt, Clerk


                     s/ Katie Logsdon, Deputy Clerk